Adriane Peralta (SBN 304357)
adriane.peralta@sidley.com
Robert P. McMahon (SBN 351271)
rmcmahon@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000

Morgan Branch (*pro hac vice* forthcoming)
mbranch@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000

*Attorneys for Defendant Bayer Corporation*

Yeremey O. Krivoshey (SBN 295032)
yeremey@skclassactions.com
Brittany S. Scott (SBN 327132)
brittany@skclassactions.com
SMITH KRIVOSHEY, PC
28 Geary Street, Ste. 650, #1507
San Francisco, CA 94108
Telephone (415) 839-7000

*Attorneys for Plaintiff Krzysztof Fus*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRZYSZTOF FUS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYER CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:26-cv-04261-JSC<br><br>**STIPULATION TO EXTEND DEFENDANT BAYER CORPORATION'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Complaint filed: May 8, 2026 |

STIPULATION TO EXTEND DEFENDANT BAYER CORPORATION'S DEADLINE TO RESPOND TO THE
COMPLAINT

Pursuant to Local Rule 6-1(a), Plaintiff Krzysztof Fus ("Plaintiff") and Defendant Bayer Corporation ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on May 8, 2026 (ECF 1);

WHEREAS, the Complaint was served on Defendant on May 14, 2026;

WHEREAS, the deadline for Defendant to answer or otherwise respond to the Complaint is June 4, 2026;

IT IS THEREFORE STIPULATED AND AGREED that:

(a) Defendant's deadline to answer or otherwise respond to the Complaint is extended to and including July 6, 2026; and

(b) No defenses or rights under the Federal Rules, Local Rules, or any other applicable law, are prejudiced, waived, or curtailed by agreeing to or filing this stipulation.

**IT IS SO STIPULATED.**

Dated:  May 27, 2026                    SIDLEY AUSTIN LLP

                                        By:  */s/ Adriane Peralta*
                                            Adriane Peralta
                                            Morgan Branch
                                            Robert P. McMahon

                                        *Attorneys for Defendant Bayer Corporation*

Dated:  May 27, 2026                    SMITH KRIVOSHEY, PC

                                        By:  */s/ Brittany S. Scott*
                                            Yeremey O. Krivoshey
                                            Brittany S. Scott

                                        *Attorneys for Plaintiff Krzysztof Fus*

1

STIPULATION TO EXTEND DEFENDANT BAYER CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 27, 2026                                    /s/ Adriane Peralta
                                                       Adriane Peralta

STIPULATION TO EXTEND DEFENDANT BAYER CORPORATION'S DEADLINE TO RESPOND TO THE COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 27, 2026, I caused a copy of the foregoing **STIPULATION TO EXTEND DEFENDANT BAYER CORPORATION'S DEADLINE TO RESPOND TO THE COMPLAINT** to be served upon all counsel of record by operation of the Court's electronic filing system.

By: */s/ Adriane Peralta*
Adriane Peralta

STIPULATION TO EXTEND DEFENDANT BAYER CORPORATION'S DEADLINE TO RESPOND TO THE COMPLAINT